IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RANDALL RONDOWSKY FELDER, #86588                                    PLAINTIFF

VERSUS                                           CIVIL ACTION NO. 3:06cv637WHB-LRA

TAMIRA GILMORE                                                       DEFENDANT

**FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. As reflected in the Memorandum Opinion and Order of the court issued this day, the plaintiff's claims are not cognizable under 42 U.S.C. § 1983. Accordingly, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), with prejudice, as frivolous and this dismissal counts as a "strike" pursuant to 28 U.S.C. § 1915(g).

This the 15th day of December, 2006.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE